# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tenesha A. Lassiter | CHAPTER 13 |
| | BKY. NO. 16-15889 ELF |
| Debtor | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association as Trustee for NRZ Inventory Trust and index same on the master mailing list.

    Respectfully submitted,
**/s/ Kevin G. McDonald Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322