United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-15889-elf
Tenesha A. Lassiter                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey            Page 1 of 1         Date Rcvd: Jan 09, 2020
                            Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.
13847797       +DEUTSCHE BANK NATIONAL TRUST COMPANY,   OCWEN LOAN SERVICING, LLC,
                 ATTN: BANKRUPTCY DEPARTMENT,   PO BOX 24605,   WEST PALM BEACH, FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2020 at the address(es) listed below:
      JADA S. GREENHOWE    on behalf of Defendant    Pennsylvania Housing Finance Agency
       jgreenhowe@phfa.org
      JEROME B. BLANK    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE et al.
       paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
       etal paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, Trustee For et al
       paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
       For etal paeb@fedphe.com
      KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
       Inventory Trust bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
       Inventory Trust bkgroup@kmllawgroup.com
      RONALD G. MCNEIL    on behalf of Plaintiff Tenesha A. Lassiter r.mcneil1@verizon.net
      RONALD G. MCNEIL    on behalf of Debtor Tenesha A. Lassiter r.mcneil1@verizon.net
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE et
       al. paeb@fedphe.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
       For etal paeb@fedphe.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST OMPANY ET.AL.
       paeb@fedphe.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, Trustee For
       et al paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
                                                                                                                                            TOTAL: 16

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-15889-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Tenesha A. Lassiter
6417 Chelwynde Avenue
Philadelphia PA 19142

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/06/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: DEUTSCHE BANK NATIONAL TRUST COMPANY, OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 24605, WEST PALM BEACH, FL 33416 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/11/20

Tim McGrath
**CLERK OF THE COURT**