UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 16 - 15889 |
| Tenesha A. Lassiter | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Eric L. Frank |
|  | : |  |

## CERTIFICATE OF NO RESPONSE

Pursuant to Local Rule 9014-3(k) of the Federal Rules for Bankruptcy Procedure for the Eastern District of Pennsylvania, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Motion for Post-Petition Financing and its Notice of Motion were served upon all interested parties via electronic means, via hand delivery and/or via first class postage prepaid on March 20, 2020, that more than fourteen (14) days have past since the service of this notice, and that no answer and/or objection has been filed.

Respectfully submitted,

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: April 12, 2020
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
r.mcneil1@verizon.net