UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re    Case No. 16 - 15889
  Tenesha A. Lassiter    (Chapter 13)
           Debtor.
    Hon. Eric L. Frank

# ORDER

AND NOW, this 14th day of April, 2020, upon consideration of Debtor's Motion for Post-Petition Financing, and any responses thereto, it is hereby ORDERED that

a) Debtor's Motion for Post-Petition Financing is GRANTED;

b) Debtor is authorized to obtain mortgage refinancing consistent with this Motion;

c) Allied Mortgage Group has permission to communicate with Debtor and her counsel to the extent necessary to comply with applicable nonbankruptcy law for the limited purpose of completing this mortgage refinancing; and

d) Allied Mortgage Group has permission to immediately enforce and implement this Order for the limited purpose of completing this mortgage refinancing.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**