United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15889-elf
Tenesha A. Lassiter                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: SaraR              Page 1 of 1                Date Rcvd: Apr 15, 2020
                              Form ID: pdf900          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
db             +Tenesha A. Lassiter,    6417 Chelwynde Avenue,    Philadelphia, PA 19142-3016
cr             +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                Tucson, AZ 85712-1083
cr              ECMC,    P.O. BOX 16408,   ST. PAUL, MN  55116-0408
cr              LutherSales.com,    120 Oser Avenue,   Ste. A,    Hauppauge, NY  11788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association as Trustee for NRZ
                                                                                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
              JADA S. GREENHOWE    on behalf of Defendant    Pennsylvania Housing Finance Agency
               jgreenhowe@phfa.org
              JEROME B. BLANK    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE et al.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               etal paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, Trustee For et al
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               For etal paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
               Inventory Trust bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
               Inventory Trust bkgroup@kmllawgroup.com
              RONALD G. MCNEIL    on behalf of Plaintiff Tenesha A. Lassiter r.mcneil1@verizon.net
              RONALD G. MCNEIL    on behalf of Debtor Tenesha A. Lassiter r.mcneil1@verizon.net
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST OMPANY ET.AL.
               paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, Trustee For
               et al paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE et
               al. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               For etal paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                               TOTAL: 16

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re  
  Tenesha A. Lassiter  
        Debtor.

Case No. 16 - 15889  
(Chapter 13)

Hon. Eric L. Frank

## ORDER

AND NOW, this 14th day of April, 2020, upon consideration of Debtor's Motion for Post-Petition Financing, and any responses thereto, it is hereby ORDERED that

a) Debtor's Motion for Post-Petition Financing is GRANTED;

b) Debtor is authorized to obtain mortgage refinancing consistent with this Motion;

c) Allied Mortgage Group has permission to communicate with Debtor and her counsel to the extent necessary to comply with applicable nonbankruptcy law for the limited purpose of completing this mortgage refinancing; and

d) Allied Mortgage Group has permission to immediately enforce and implement this Order for the limited purpose of completing this mortgage refinancing.

_____  
**ERIC L. FRANK**  
**U.S. BANKRUPTCY JUDGE**