United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 16-15889-elf

Tenesha A. Lassiter                                                                  Chapter 13

      Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: SaraR | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14448032 | + Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020                 Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JADA S. GREENHOWE | |
| | on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org |
| JEROME B. BLANK | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  TRUSTEE et al. paeb@fedphe.com |
| JEROME B. BLANK | |
| | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal paeb@fedphe.com |
| JEROME B. BLANK | |
| | on behalf of Creditor Deutsche Bank National Trust Company  Trustee For et al paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | |
| | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal paeb@fedphe.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bkgroup@kmllawgroup.com |

District/off: 0313-2      User: SaraR      Page 2 of 2

Date Rcvd: Oct 23, 2020      Form ID: trc      Total Noticed: 1

REBECCA ANN SOLARZ
on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bkgroup@kmllawgroup.com

RONALD G. MCNEIL
on behalf of Plaintiff Tenesha A. Lassiter r.mcneil1@verizon.net

RONALD G. MCNEIL
on behalf of Debtor Tenesha A. Lassiter r.mcneil1@verizon.net

THOMAS YOUNG.HAE SONG
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  TRUSTEE et al. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal paeb@fedphe.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST OMPANY ET.AL. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor Deutsche Bank National Trust Company  Trustee For et al paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com


TOTAL: 16

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-15889-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Tenesha A. Lassiter
6417 Chelwynde Avenue
Philadelphia PA 19142

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/22/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 9: Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741 | U.S. Bank Trust National Association<br>c/o Fay Servicing, LLC<br>Bankruptcy Department<br>P.O. Box 814609<br>Dallas, TX 75381-4609 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/25/20

Tim McGrath
**CLERK OF THE COURT**