# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 16-15889-ELF

TENESHA A. LASSITER

6417 CHELWYNDE AVENUE

PHILADELPHIA, PA 19142

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TENESHA A. LASSITER

6417 CHELWYNDE AVENUE

PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

RONALD G MCNEIL, ESQ
MCNEIL LEGAL SERVICES
1333 RACE ST
PHILADELPHIA, PA 191071585

Date: 9/27/2021

/S/ William C. Miller

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee