IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: TENESHA A. LASSITER </br> **Debtor(s)** | ) </br> ) CHAPTER 13 </br> ) |
| PRESTIGE FINANCIAL SERVICES, INC. </br> **Moving Party** | ) CASE NO. 16-15889 (ELF) </br> ) </br> ) |
| v. | ) HEARING DATE: **11-23-21 at 9:30 AM** </br> ) |
| TENESHA A. LASSITER </br> **Respondent(s)** | ) </br> ) 11 U.S.C. 362 </br> ) |
| KENNETH E. WEST </br> **Trustee** | ) </br> ) </br> ) </br> ) </br> ) |

## ORDER MODIFYING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Prestige Financial Services, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's *in rem* rights in the personal property described as a **2015 Nissan Altima** bearing vehicle identification number 1N4AL3AP9FC284640 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

**Order entered by default.**

Dated:  11/23/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**