**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    Chapter 13
TENESHA A. LASSITER


         Debtor(s)                                 Case No. 16-15889-ELF


# NOTICE OF COMPLETION OF PLAN PAYMENTS

         William C. Miller, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy

Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

         The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee

payments under the confirmed Chapter 13 plan.


                         **Office of the Chapter 13 Trustee**


Date: 12/2/2021                    By:     */s/ Kenneth E. West*
                                           Kenneth E. West, Esquire, Chapter 13 Trustee
                                           1234 Market St., Suite 1813
                                           Philadelphia, PA 19107
                                           (215) 627-1377 (Phone)
                                           (610) 627-6299 (Fax)