United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 16-15889-elf
Tenesha A. Lassiter                                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2
Date Rcvd: Jan 12, 2022       Form ID: trc         Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14554028 | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, Bankruptcy Department, P.O. Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JADA S. GREENHOWE | on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org |
| JEROME B. BLANK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY TRUSTEE et al. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For etal paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company Trustee For et al paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For etal paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 12, 2022 | Form ID: trc | Total Noticed: 1 |

    rsolarz@kmllawgroup.com

RONALD G. MCNEIL
    on behalf of Plaintiff Tenesha A. Lassiter r.mcneil1@verizon.net

RONALD G. MCNEIL
    on behalf of Debtor Tenesha A. Lassiter r.mcneil1@verizon.net

THOMAS SONG
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  TRUSTEE et al. tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST OMPANY ET.AL. tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor Deutsche Bank National Trust Company  Trustee For et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Prestige Financial Services ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 16

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-15889-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Tenesha A. Lassiter
6417 Chelwynde Avenue
Philadelphia PA 19142

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/12/2022.

Name and Address of Alleged Transferor(s):

Claim No. 9: U.S. Bank Trust National Association, c/o Fay Servicing, LLC, Bankruptcy Department, P.O. Box 814609, Dallas, TX 75381-4609

Name and Address of Transferee:

Kondaur Capital, LLC
333 South Anita Drive, Suite 400
Orange, CA 92868-3314

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/14/22

Tim McGrath
**CLERK OF THE COURT**