United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 16-15889-elf
Tenesha A. Lassiter  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Feb 15, 2022     Form ID: 138FIN     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tenesha A. Lassiter, 6417 Chelwynde Avenue, Philadelphia, PA 19142-3016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 15 2022 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 15 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 15 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2022     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JADA S. GREENHOWE | |

Case 16-15889-elf  Doc 104  Filed 02/17/22  Entered 02/18/22 00:33:14  Desc
Imaged Certificate of Notice  Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: 138FIN | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org |
| JEROME B. BLANK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY TRUSTEE et al. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For etal paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company Trustee For et al paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For etal paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| RONALD G. MCNEIL | on behalf of Plaintiff Tenesha A. Lassiter r.mcneil1@verizon.net |
| RONALD G. MCNEIL | on behalf of Debtor Tenesha A. Lassiter r.mcneil1@verizon.net |
| THOMAS SONG | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST OMPANY ET.AL. tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor Deutsche Bank National Trust Company Trustee For et al tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY TRUSTEE et al. tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For etal tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Prestige Financial Services ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Tenesha A. Lassiter
      Debtor(s)

Case No: 16−15889−elf

Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/15/22