United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                              Case No. 16-15889-elf
Tenesha A. Lassiter                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                  User: admin                                        Page 1 of 3
Date Rcvd: Feb 15, 2022                                Form ID: 138OBJ                               Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tenesha A. Lassiter, 6417 Chelwynde Avenue, Philadelphia, PA 19142-3016 |
| 13779051 | + | American Education Services, P.H.E.A.A., 1200 North 7th Street, P.O. Box 8183, Harrisburg, PA 17105-8183 |
| 13838523 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 13847797 | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 24605, WEST PALM BEACH, FL 33416-4605 |
| 13779054 | | FedLoan Servicing, Bankruptcy Dept., P.O. Box 61610, Harrisburg, PA 17106-9184 |
| 14660963 | | Kondaur Capital, LLC, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314 |
| 13779056 | + | May Department Stores Central Credit, Recovery Department, 111 Boulder Industrial Drive, Bridgeton, MO 63044-1241 |
| 14448032 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 13794042 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13779060 | + | Philadelphia Gas Works, Bankruptcy Unit, P.O. Box 3500, 800 W. Montgomery Ave, 3rd Flr, Philadelphia, PA 19122-2806 |
| 14647564 | + | Prestige Financial Services, Inc., c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 13806486 | | Ronald G. McNeil, Esquire, 1333 Race Street, Philadelphia, PA 19107-1585 |
| 14429758 | + | U.S. Bank National Association as Trustee for NRZ, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14554028 | | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, Bankruptcy Department, P.O. Box 814609, Dallas, TX 75381-4609 |
| 13848598 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 15 2022 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 15 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 15 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13779050 | + | Email/Text: bankruptcy@rentacenter.com | Feb 15 2022 23:55:00 | Acceptance Now, ATTN: Customer Services, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 13860240 | | Email/Text: megan.harper@phila.gov | Feb 15 2022 23:55:00 | CITY OF PHILADELPHIA - LAW DEPARTMENT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 13779052 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2022 00:01:04 | Capital One Financial, Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13780216 | + | Email/Text: bankruptcy@cavps.com | Feb 15 2022 23:55:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

District/off: 0313-2　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 2 of 3
Date Rcvd: Feb 15, 2022　　　　　　　　　　　　Form ID: 138OBJ　　　　　　　　　　　　　　Total Noticed: 36

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13986945 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 15 2022 23:55:00 | ECMC, po box 16408, St. Paul, MN 55116-0408 |
| 13779053 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Feb 16 2022 00:01:08 | Exeter Finance Corp., Bankruptcy Dept., P.O. Box 166008, Irving, TX 75016-6008 |
| 13779055 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2022 00:01:12 | JPMorgan Chase & Co, Bankruptcy Department, 200 White Clay Center Drive, Newark, DE 19711-5466 |
| 13779057 | | Email/Text: BKEBN-Notifications@ocwen.com | Feb 15 2022 23:55:00 | Ocwen Loan Servicing, LLC, Bankruptcy Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 13816561 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 15 2022 23:55:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13779059 | | Email/Text: bankruptcygroup@peco-energy.com | Feb 15 2022 23:55:00 | PECo Energy Co., Bankruptcy Group, 2301 Market Street # N3-2, Philadelphia, PA 19103-1338 |
| 13779058 | | Email/Text: blegal@phfa.org | Feb 15 2022 23:55:00 | Pennsylvania Housing Finance Agency, Homeowners Emergency Mortgage, Assistance Program, 211 N. Front Street, P.O. Box 8029, Harrisburg, PA 17105-8029 |
| 13779061 | + | Email/Text: megan.harper@phila.gov | Feb 15 2022 23:55:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room 508, Philadelphia, PA 19102-1617 |
| 14647504 | + | Email/Text: bankruptcy@gopfs.com | Feb 15 2022 23:55:00 | Prestige Financial Services, PO Box 26707, Salt Lake City, UT 84126-0707 |
| 13821216 | | Email/Text: bnc-quantum@quantum3group.com | Feb 15 2022 23:55:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13802736 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Feb 16 2022 00:01:04 | Sprint Corp, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 13779062 | | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Feb 15 2022 23:55:00 | State Farm Mutual Automobile, Insurance Company, Bankruptcy Processing Team, 3 State Farm Plaza South, Bloomington, IL 61791-0002 |
| 13779063 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 15 2022 23:55:00 | Verizon Communications, Bankruptcy Department, 404 Brock Drive, Bloomington, IL 61701-2654 |
| 13779064 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 15 2022 23:55:00 | Victorias Secret, Bankruptcy Department, P.O. Box 16589, Columbus, OH 43216-6589 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13832615 | ##+ | Luther Sales, 129 Oser Avenue, Hauppauge, NY 11788-3813 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 15, 2022 | Form ID: 138OBJ | Total Noticed: 36 |

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 17, 2022          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JADA S. GREENHOWE | on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company  Trustee For et al paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  TRUSTEE et al. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| RONALD G. MCNEIL | on behalf of Plaintiff Tenesha A. Lassiter r.mcneil1@verizon.net |
| RONALD G. MCNEIL | on behalf of Debtor Tenesha A. Lassiter r.mcneil1@verizon.net |
| THOMAS SONG | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST OMPANY ET.AL. tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor Deutsche Bank National Trust Company  Trustee For et al tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  TRUSTEE et al. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Prestige Financial Services ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Tenesha A. Lassiter
       Debtor(s)

Case No: 16−15889−elf
Chapter: 13

---

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

       900 Market Street
       Suite 400
       Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/15/22

102 − 94
Form 138OBJ