United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-15889-elf |
| Tenesha A. Lassiter | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 18, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tenesha A. Lassiter, 6417 Chelwynde Avenue, Philadelphia, PA 19142-3016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 20, 2022 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JADA S. GREENHOWE | on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org |
| JEROME B. BLANK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  TRUSTEE et al. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company  Trustee For et al paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 18, 2022 | Form ID: 195 | Total Noticed: 1 |

KEVIN G. MCDONALD
    on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bkgroup@kmllawgroup.com
    rsolarz@kmllawgroup.com

RONALD G. MCNEIL
    on behalf of Plaintiff Tenesha A. Lassiter r.mcneil1@verizon.net

RONALD G. MCNEIL
    on behalf of Debtor Tenesha A. Lassiter r.mcneil1@verizon.net

THOMAS SONG
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  TRUSTEE et al. tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST OMPANY ET.AL. tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor Deutsche Bank National Trust Company  Trustee For et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Prestige Financial Services ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Tenesha A. Lassiter                                       : Case No. 16−15889−elf
      Debtor(s)

***ORDER***
_____

AND NOW, this day , March 18, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court